IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 AUG -2 AM 11: 54

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | |
| WILLIAM D. VEASEY, IV, JAVIER ALVARADO, JR., IVAN J.A. TURRENTINE, PETROFORCE ENERGY, LLC, | § § § § § | CAUSE NO. 1:17-CV-698-LY |
| DEFENDANTS. | § § § § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court

rendered an agreed final judgment as to each Defendant. As nothing remains to resolve, the

court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE